IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

SHOWCOAT SOLUTIONS, LLC,           )
                                   )
    Plaintiff,                     )
                                   )
v.                                 )      CIVIL ACT. NO. 1:18-cv-789-ECM
                                   )                (WO)
ANDY BUTLER, *et al.*,             )
                                   )
    Defendants.                    )
                                   )

## MEMORANDUM OPINION and ORDER

Now pending before the Court is Plaintiff ShowCoat Solutions, LLC's ("ShowCoat") claim for attorney's fees (doc. 269) which the Court construes as a motion for attorney's fees, filed with respect to its motion for contempt against Defendant Harmon Butler ("Butler"). On January 30, 2023, the Court found Defendant Harmon Butler in contempt of Court based on his violations of the Amended Final Judgment and Permanent Injunction issued on June 18, 2020. (Doc. 268). The Court also found that ShowCoat was entitled to attorney's fees for litigating the motion for contempt. (*Id.*). On February 20, 2023, ShowCoat filed its motion seeking attorney's fees in the amount of $4,555.00 and expenses in the amount of $116.50 for a total award of $4,671.50. Defendant Harmon has not responded to the motion. (*See* Doc. 270).

The Court previously found that an award of attorney's fees is appropriate in this case. (*Id.*). However, "attorneys' fees in a civil contempt proceeding are limited to those reasonably and necessarily incurred in the attempt to enforce compliance." *Abbott*

*Laboratories v. Unlimited Beverages, Inc.*, 218 F.3d 1238, 1242 (11th Cir. 2000).   In support of the claim for attorney's fees, counsel for ShowCoat submitted an affidavit in which he avers that ShowCoat "incurred 16.4 hours of attorney time in conjunction with its Motion for Contempt against Harmon Butler including research, investigation, drafting of the Motion and Brief, preparation for the hearing, appearing at the hearing, and travel to and from the hearing." (Doc. 269-1 at pp. 1-2).   Attorney Hargrove, who has practiced law for almost 20 years, charged his time at an hourly rate of $285 while his associate billed his time at $200 per hour.   After review of counsel's affidavit, and in the absence of any objection from the Defendant, the Court concludes that the hourly rates requested and time expended are reasonable and necessary to litigate the motion for contempt.

Counsel also requests expenses for copies in the amount of $22.00 and mileage in the amount of $94.50 for travel to and from the hearing on the motion for contempt.   The Defendant does not object to these amounts, and the Court finds them reasonable and necessary.

Accordingly, for the reasons as stated, it is

ORDERED that the motion for attorney's fees (doc. 269) is GRANTED, and attorney fees are awarded to the Plaintiff in the amount of $4,555.00 and expenses in the amount of $116.50 for a total award of $4,671.50 from Butler which were reasonably and necessarily incurred in prosecuting the motion for the contempt.

Done this the 20th day of April, 2023.

_____/s/Emily C. Marks_____
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE